

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2021

No. 04-21-00335-CR

Raymond Alexander **AGUILAR**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. CCL-20-0739
Honorable Bill Squires, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on September 15, 2021.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2021.

_____
Michael A. Cruz, Clerk of Court